UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

**TIMOTHY HOELLER,**
      **Plaintiff,**

    v.                                    Case No. 15-C-0181

**SOCIAL SECURITY ADMINISTRATION,**
      **Defendant.**

___

## ORDER

On April 30, 2015, I dismissed this case. The plaintiff appealed. On June 30, 2015, the plaintiff filed a motion requesting "injunctive relief" with respect to matters relevant to his appeal. However, since that time, the plaintiff has voluntarily dismissed his appeal. Accordingly, the motion for injunctive relief will be denied as moot.

For the reasons stated, **IT IS ORDERED** that the plaintiff's motion for injunctive relief (ECF No. 41) is **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin this 1st day of March, 2016.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge